UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/13/2025__
```

HERITAGE INTEGRITY INVESTMENT TRUST,

        Plaintiff,

  -against-

COMPUTERSHARE TRUST COMPANY, N.A. *et al.*,

        Defendant.

24-CV-9309 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On December 16, 2024, this Court issued an order directing an attorney admitted to practice in this Court to enter a notice of appearance on behalf of defendant Ruwack, no later than December 20, 2024. (Dkt. 12.) However, Ruwack remains unrepresented. Ruwack is reminded that it must appear in this action through counsel, since it is not a natural person. It is hereby ORDERED that an attorney admitted to practice in this Court must enter a notice of appearance on behalf of defendant Ruwack no later than **January 21, 2025**. If Ruwack fails to comply with this Order, a default judgment could be issued against it without further warning.

    No later than **January 31, 2025**, plaintiff must meet and confer with defendants Cain and Ruwack (through counsel) in **real time** (*i.e.*, in person or by telephone) and submit a joint proposed scheduling order including dates for defendants Ruwack and Cain to answer, move to dismiss, or otherwise respond to the Second Amended Complaint.

    Defendant Cain is reminded that pro se parties who have an email address and wish to receive, serve, and file case-related documents electronically, instead of via postal mail, may request permission to do so by filing a Motion for Permission for Electronic Case Filing, available from the Pro Se Intake Unit or at: https://nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.

Dated: New York, New York
       January 13, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**