```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERITAGE INTEGRITY INVESTMENT
TRUST,

            Plaintiff,

  -against-

COMPUTERSHARE TRUST COMPANY,
N.A. *et al.*,

           Defendant.

24-CV-9309 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    This morning, pro se defendant Isaac Cain sent an email to my law clerk stating, *inter alia*:

> This matter is taking a lot of all our time. This Plaintiff is a criminal, using criminal tactics. If this plaintiff cannot show proof of payment of $85Million dollars by wire transfer to prove he owns and paid for the asset then this matter is a waste of everyone's time. Because if the plaintiff paid Ruwack $85Million through its agents then Ruwack and its agents would simply transfer the assets in question. Plaintiff paid for a $1,000,000 Ruwack certificate that they now own and controls because it was paid for.

    Email communications with chambers are limited to scheduling, logistical and other non-substantive matters. *See* Moses Ind. Prac. § 1(a). Subject to narrow exceptions, *see*, *e.g.*, Moses Ind. Prac. § 1(e) (pre-conference settlement submissions), the Court cannot accept *ex parte* email communications regarding the merits of this action.

    Mr. Cain is again reminded (*see* Dkt. 17) that pro se parties who have an email address and wish to receive, serve, and file case-related documents electronically may request permission to do so by filing a Motion for Permission for Electronic Case Filing, available from the Pro Se Intake Unit or at: https://nysd.uscourts.gov/forms/motion-permission-electronic-case-filing-pro-se-cases.

Dated: New York, New York
       February 13, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**