```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __2/27/25__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERITAGE INTEGRITY INVESTMENT
TRUST,

          Plaintiff,

   -against-

COMPUTERSHARE TRUST COMPANY,
N.A. *et al.*,

          Defendant.

24-CV-9309 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Pro se defendant Isaac Cain is reminded that he is required to file pleadings, letters, and other documents with the Court by using one of the following methods:

    a. **Mail** the documents to the Pro Se Intake Unit at 500 Pearl Street, Room 205, New York, New York, 10007.

    b. **Drop off** the documents in the drop box located in the lobby of the U.S. Courthouse at 500 Pearl Street, New York, NY, 10007.

    c. **Email** the documents to ProSe@nysd.uscourts.gov. Instructions for filing documents by email may be found on the Court's website at https://www.nysd.uscourts.gov/prose.

    Filings may **not** be e-mailed, mailed, or delivered to chambers.

Dated: New York, New York
       February 27, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**