```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HERITAGE INTEGRITY INVESTMENT
TRUST,

             Plaintiff,

   -against-

COMPUTERSHARE TRUST COMPANY,
N.A. *et al.*,

            Defendant.

24-CV-9309 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received plaintiff's refiled motions (i) to dismiss the counterclaims asserted by pro se defendant Isaac Cain (Dkt. 49), and (ii) for a default judgment against defendant Ruwack Irrevocable Trust. (Dkt. 51.) The Court modifies the coordinated briefing schedule (*see* Dkt. 42), as follows:

- Opposition papers to all pending motions (including papers in opposition to Computershare Trust Company's pending motion) must be filed no later than **March 31, 2025.**

- Reply papers must be filed no later than **April 14, 2025**.

If the parties wish to vary this schedule, they must promptly meet and confer in a good faith effort to stipulate to an alternative schedule.

Dated: New York, New York
       March 12, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**