UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HERITAGE INTEGRITY INVESTMENT TRUST,<br><br>*Plaintiffs,*<br><br>--against—<br><br>COMPUTERSHARE TRUST COMPANY, N.A., BROADRIDGE FINANCIAL SOLUTIONS, INC., BROADRIDGE CORPORATE ISSER SOLUTIONS, INC., TRANSFER ONLINE, INC., RUWACK IRREVOCABLE TRUST, and ISAAC CAIN,<br><br>*Defendants.* | 1:24-CV-09309 (JPC) |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT TO ADD ADDITIONAL CLAIMS
AGAINST DEFENDANT RUWACK IRREVOCABLE TRUST**

Elaine Platt, Esq.
**Jones Law Firm, P.C.**
5 Tudor City Place
New York, NY 10017
Office: (212) 258-0685
Direct: (646) 602-1489
elaine@joneslawnyc.com
*Attorneys for Plaintiff, Heritage Integrity Investment Trust*

## **TABLE OF CONTENTS**

**Page**

Table of Authorities ……………………………….…………………………....…....……… ii

Argument ………………………………………………….……………………...…………… 1

      Leave to Amend Should
      Be Given Freely ……………………………………………………...…………………….. 1

Conclusion ……………………………………………………………...…....……………... 2

Word Count Certification ………………………………………………...………………….. 3

Certificate of Service ……………………………………………………………………. 4

## **TABLE OF AUTHORITIES**

**Cases**                                                                                                                          **Page**

*Dalewitz v P&G*, ……………………………………….…………………………………… 1
       2025 US District LEXIS 44326, SDNY, 2025

*Gimenzz v Pepsi-Cola Bottling Co of NY, Inc.*, ……………………………………………. 1
       234 AD3d, 2nd Dept 2025

*Holmes v Grubman* ………………………………………………………………………... 1
       568 F. 3d 329, 2009

## **ARGUMENT**

## **LEAVE TO AMEND SHOULD BE FREELY GIVEN**

It is established law that leave to amend should be freely granted. The only exceptions to this rule are cases where the proposed amendment is palpably insufficient, or would unduly prejudice the defendant.

See *Dalewitz v P&G*, 2025 US District LEXIS 44326, SDNY, 2025:

> "When a party seeks leave to amend a pleading, [t]he court should freely give leave when justice so requires." Fed. R. Civ. R. 15(a)(2). Nevertheless, the Court may deny leave to amend for "[r]easons [of]… undue delay, bad faith, futility of amendment, and perhaps the most important, the resulting prejudice to the opposing party.

Similarly, the 2nd Circuit held in *Holmes v Grubman* (568 F. 3d 329, 2009):

> "a court should freely give leave [to amend] when justice so requires."

And in the 2025 case of *Gimenzz v Pepsi-Cola Bottling Co of NY, Inc.*, 234 AD3d, 2nd Dept 2025:

> "Leave to amend a pleading should be freely granted unless the proposed amendment is palpably insufficient, or patently devoid of merit…[here,] granting leave to amend would not cause prejudice or surprise, so amendment should be freely granted."

Surely no prejudice would ensue to Ruwack Irrevocable Trust ("Ruwack") if this Amendment were permitted.

Clearly Ruwack has not devoted significant resources to the existing Complaint, nor are we so close to trial that Ruwack could not adequately defend. We are still at the pre-Answer stage. Indeed, Ruwack had not even yet appeared in this action.

Moreover, Isaac Cain, the managing trustee, has pleaded for an extension of Ruwack's time to answer, so that he could find an attorney to represent Ruwack in this proceeding. Granting Plaintiff's motion to Amend would achieve that end for Ruwack.

## **CONCLUSION**

For the foregoing reasons, Plaintiff's motion to amend its complaint to add additional claims against Ruwack should be granted.

Dated: New York, New York
       March 31, 2025

                                            Respectfully Submitted,

                                            __/s/ Elaine Platt__
                                            Elaine Platt, Esq.
                                            **Jones Law Firm, P.C.**
                                            5 Tudor City Place
                                            New York, NY 10017
                                            Office: (212) 258-0685
                                            Direct: (646) 602-1489
                                            elaine@joneslawnyc.com
                                            *Attorneys for Plaintiff*

## **WORD COUNT CERTIFICATION**

By the above signature, I, Elaine Platt, pursuant to Rule 2 of Your Honor's rules, hereby certify that the total number of words in this memorandum, inclusive of point headings and footnotes and exclusive of pages containing the table of contents, table of authorities, proof of service, certificate of compliance, or any authorized addendum containing statutes, rules, regulations, etc., is 319.

4

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 1, 2025, a true and exact copy of the foregoing documents was submitted to the District Court via CM/ECF and was also served via Certified Mail, Return Receipt Requested, and First-Class mail on the parties listed below:

Ruwack Irrevocable Trust
4615 Gate City Blvd. #7224
Greensboro, NC 27407

Isaac Cain, Board Chairman of Ruwack Irrevocable Trust
3800 West Friendly Avenue
Greensboro, NC 27410

__ *Elaine Platt* _____
Elaine Platt, Esq.
**Jones Law Firm, P.C.**
5 Tudor City Place
New York, NY 10017
Office: (212) 258-0685
Direct: (646) 602-1489
elaine@joneslawnyc.com
*Attorneys for Plaintiff*