UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
  :
HERITAGE INTEGRITY INVESTMENT TRUST,  :
  :
                Plaintiff,  :
  :      24 Civ. 9309 (JPC) (BCM)
     -v-  :
  :      <u>ORDER</u>
COMPUTERSHARE TRUST COMPANY, N.A. *et al.*,  :
  :
                Defendants.  :
  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       On March 25, 2025, Defendant Isaac Cain filed two documents stylized as a notice of a motion to dismiss and a summary judgment declaration. Dkts. 56-57. In response to those filings, the Honorable Barbara C. Moses issued an order directing Cain to clarify the nature of the motion he intended to file by April 4, 2025. Dkt. 59. Cain failed to do so, and the Court later granted Plaintiff Heritage Integrity Investment Trust's request to dismiss its claims against Cain pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. 86. Cain had not responded to that request despite being directed to do so by the Court. *Id.*

       Accordingly, the motion pending at Docket Number 56 is denied as moot. The Clerk of Court is respectfully directed to close Docket Number 56.

       SO ORDERED.

Dated: April 29, 2025
       New York, New York
                                                _____
                                                  JOHN P. CRONAN
                                                  United States District Judge