UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                            :
HERITAGE INTEGRITY INVESTMENT TRUST,    :
                                                            :
                Plaintiff,                                     :
                                                            :        24 Civ. 9309 (JPC) (BCM)
           -v-                                         :
                                                            :        <u>ORDER</u>
COMPUTERSHARE TRUST COMPANY, N.A. *et al.*,  :
                                                            :
                Defendants.                         :
                                                            :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties are directed to appear at a telephonic conference on June 5, 2025, at 10:00 a.m., to discuss Defendant Computershare Trust Company, N.A.'s pending motion to dismiss the Second Amended Verified Complaint, Dkt. 32, and Plaintiff Heritage Integrity Investment Trust's motion for leave to file an amended complaint, Dkt. 61. Unless the Court orders otherwise, the Court will conduct the conference via Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 2302 755 2307.

       SO ORDERED.

Dated: May 27, 2025
       New York, New York
                                                        JOHN P. CRONAN
                                                        United States District Judge